**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| CLAY | : | 02-4494 |
| BOLEN, et al. | : | 02-4501 |
| TAYLOR, et al. | : | 02-4540 |
| BEDELL, et al. | : | 02-4592 |
| BAER, et al. | : | 02-4765 |
| ARRENDONDO | : | 02-4809 |
| BOURG, et al. | : | 02-4839 |
| ALEXANDER, et al. | : | 02-4870 |
| BOARD | : | 02-4903 |
| BANUELOS, et al. | : | 02-4920 |
| BIERMAN, et al. | : | 02-4923 |
| BERKE | : | 02-4947 |
| COOTS, et al. | : | 02-4962 |
| FLORO, et al. | : | 02-5011 |
| FANNING, et al. | : | 02-5012 |
| FREEMYER, et al. | : | 02-5051 |
| COOPER | : | 02-5061 |
| CRONER | : | 02-5077 |
| FRAME, et al. | : | 02-5084 |
| FINK, et al. | : | 02-5108 |
| FRANKLIN, et al. | : | 02-5126 |
| WILSON | : | 02-5189 |
| WADDING | : | 02-5193 |
| WILSON | : | 02-5205 |
| HOLTBROOK | : | 02-5234 |
| HOWARD, et al. | : | 02-5255 |
| LEWIS | : | 02-5270 |
| PAGANO, set al. | : | 02-5292 |
| CASTANEDA | : | 02-5306 |
| BRUMFIELD, SR., et al. | : | 02-5358 |
| SHAW | : | 02-5389 |
| RIVERA | : | 02-5468 |
| REEVES | : | 02-5526 |
| HODGES, et al. | : | 02-5608 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

       **AND NOW,** this _____ day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [   ]  -  Order staying these proceedings pending disposition of a related action.

    [   ]  -  Order staying these proceedings pending determination of arbitration proceedings.

    [   ]  -  Interlocutory appeal filed.

    [ X ]  -  Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring the case to the District of Minnesota</u>.

It is

       **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

       **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                   **BY THE COURT:**

                   _____

                   **Ronald L. Buckwalter, Judge**